**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Amy-Lin Larocque

    v.                                                              No. 06-fp-022

U.S. Social Security Administration, Commissioner

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-022-JD**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  January 24, 2006

cc:    Cheryl S. Driscoll, Esq.